IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TRAVEOUS BROWN, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:18CV812–HEH
)
CHARLENE BARTLETT, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

On December 13, 2018, the Court conditionally docketed Plaintiff's action.

Plaintiff requested leave to proceed *in forma pauperis.* By Memorandum Order entered

on January 7, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $5.40

or state under penalty of perjury that he did not have sufficient assets to pay such a fee

within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). On

February 4, 2019, the Court received a notice of change of address for Plaintiff and it was

unclear whether Plaintiff had received the January 7, 2019 Memorandum Order.

Accordingly, by Memorandum Order entered on February 7, 2019, the Court again

directed Plaintiff to pay the initial partial filing fee within eleven (11) days of the date of

entry thereof. On February 21, 2019, the Court received yet another notice of change of

address for Plaintiff. That same day, the Court re-mailed the February 7, 2019

Memorandum Order to Plaintiff. More than eleven (11) days have elapsed since the

Court re-mailed Plaintiff the February 7, 2019 Memorandum Order and Plaintiff has

neither paid the initial partial filing fee nor averred that he cannot pay such a fee.

Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of

the Court's directives warrants dismissal of the action. Accordingly, the action will be

dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.


_____/s/_____

HENRY E. HUDSON
Date: March 27, 2019        SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia